# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FREDERICK LEE PADGETT,
Petitioner,

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA,
Respondent.

*Defendant(s)*

Civil Action No. 5:16-CV-98

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☐ Other

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted in its entirety; the Petitioner's Motion to Vacate under 28 U.S.C., Section 2255 is DENIED; and this Civil Action is DISMISSED WITH PREJUDICE and STRICKEN from active docket of this Court.

Date: February 26, 2019

*CLERK OF COURT*
Cheryl Dean Riley

By: *A. O. Abraham*
*Signature of Clerk or Deputy Clerk*

FILED
FEB 26 2019
U.S. DISTRICT COURT-WV
WHEELING, WV 26003